```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22762
   SIN PONN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0718


------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/04/07 and confirmed on 03/13/08.

     2.  The case was dismissed after confirmation, 10/31/2008.

     3.  The Debtor paid a total of $    4312.50 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AFFINITY PLUS | SECURED VEHIC | 1829.32 | 4.05 | 1829.32 |
| ECAST SETTLEMENT CORP | SECURED | 1700.00 | 29.95 | 410.05 |
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| MAYO CLINIC | UNSECURED | 940.43 | .00 | 31.35 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3000.43 | .00 | 100.03 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | 1034.59 | .00 | 34.49 |
| RECOVERY MANAGEMENT SYST | UNSECURED | 1289.01 | .00 | 42.97 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3707.93 | .00 | 123.62 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2086.52 | .00 | 69.56 |
| THINK MUTUAL BANK | UNSECURED | 5200.99 | .00 | 173.39 |
| ECAST SETTLEMENT CORP | UNSECURED | 591.17 | .00 | 19.71 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3529.32 | .00 | 17851.07 | .00 | 21380.39 |
| PRINCIPAL PAID | 2239.37 | .00 | 595.12 | .00 | 2834.49 |
| INTEREST PAID | 34.00 | .00 | .00 | .00 | 34.00 |
| TOTAL PAID | 2273.37 | .00 | 595.12 | .00 | 2868.49 |

```
The Debtor's attorney, PETER FRANCIS GERACI              , was allowed $   3500.00
and was paid $   2300.00  direct and $   1200.00  through the plan.

The Trustee received $     244.01 .

Refunds to the Debtor totaled $        .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/20/09                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 07 B 22762 SIN PONN
```